
05/19/2010

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-41390 |
| PHILLIP D. YOUNG, | § | CH. 11 |
| | § | |
| Debtor. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

Came on for consideration the Debtor Phillip D. Young's (the "Debtor") *Application for Entry of Final Decree* (the "Application"). After due consideration; and it appearing that sufficient notice of the Application has been provided as set forth in the Application, and that no other further notice need be provided; and after due deliberation and sufficient cause appearing therefore, this Court finds cause for entry of this Order; it is therefore

ORDERED that the Debtor shall timely pay any outstanding quarterly fees due to the United States Trustee within 14 calendar days; it is further

ORDERED that the Chapter 11 case of the above-named Debtor be, and hereby is, closed, subject to the terms and conditions of this Order; it is further

ORDERED that the Debtor may seek to reopen the Debtor's case for entry of a discharge upon final payment to creditors under the Debtor's Plan as provided in the confirmed plan, the confirmation order and 11 U.S.C. §1141(d)(5).

Signed on 05/19/2010

*Brenda T. Rhoades*   MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE