

05/19/2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: §
§ CASE NO. 09-41390
PHILLIP D. YOUNG, § CH. 11
§
Debtor. §

## ORDER ADMINISTRATIVELY CLOSING CASE

Came on for consideration the Debtor Phillip D. Young's (the "Debtor") *Application for Entry of Final Decree* (the "Application"). After due consideration; and it appearing that sufficient notice of the Application has been provided as set forth in the Application, and that no other further notice need be provided; and after due deliberation and sufficient cause appearing therefore, this Court finds cause for entry of this Order; it is therefore

ORDERED that the Debtor shall timely pay any outstanding quarterly fees due to the United States Trustee within 14 calendar days; it is further

ORDERED that the Chapter 11 case of the above-named Debtor be, and hereby is, closed, subject to the terms and conditions of this Order; it is further

ORDERED that the Debtor may seek to reopen the Debtor's case for entry of a discharge upon final payment to creditors under the Debtor's Plan as provided in the confirmed plan, the confirmation order and 11 U.S.C. §1141(d)(5).

Signed on 05/19/2010

*Brenda T. Rhoades*  MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0540-4          User: carterl                Page 1 of 3                   Date Rcvd: May 19, 2010
Case: 09-41390                Form ID: pdf400             Total Noticed: 105


The following entities were noticed by first class mail on May 21, 2010.
db           +Phillip Douglas Young,    2728 Barrington Dr.,    Plano, TX 75093-6182
aty          +Steve Turner,    Barrett Daffin Frappier Turner & Engel,     610 West 5th Street, Suite 602,
               Austin, TX 78701-2872
cr           +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX-B-35,    Plano, TX 75024-4100
cr            BOA Business Card (20),    P.O. 21848,    Greensboro, NC 27420-1848
cr            BOA Premium Credit Line, (20),    Bank of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
cr            CITI Advantage World MasterCard, (20),    General Correspondence,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
cr            Capital One, N.A. [20],    P.O. Box 4539,    Houston, TX 77210-4539
cr           +Centra Mortgage Holdings, Ltd,    Pronske & Patel,    1700 Pacific,    Suite 2260,
               Dallas, TX 75201-7373
cr            Dallas County,    c/o Linebarger Goggan Blair, et al,    2323 Bryan St.,    1720 Univision Center,
               Dallas, TX  75201-2644
cr           +First Hoizon Home Loans, (20),    4000 Horizon Way,    Irving, TX 75063-2260
cr           +First Texoma National Bank,    c/o William Riley Nix,    717 N. Crockett St.,
               Sherman, TX 75090-4979
cr            Fort Bend County,    c/o John P. Dillman,    P. O. Box 3064,    Houston, TX  77253-3064
cr           +Katy ISD,    c/o John P. Dillman,    PO Box 3064,    Houston, TX 77253-3064
cr           +Kingston Mortgage Company,    c/o Prober & Raphael,    P.O. Box 4365,
               Woodland Hills, CA 91365-4365
cr           +Select Portfolio Servicing, Inc.,    c/o Baxter & Schwartz, P.C.,    5450 Northwest Central,
               Suite 307,    Houston, TX 77092-2063
cr            Select Portfolio Servicing, Inc.,    3815 SW Temple,    Salt Lake City, UT  84115
cr           +Taylor, Bean & Whitaker, (20),    1417 North Magnolia Ave.,    Ocala, FL 34475-9078
cr            Wells Fargo Bank, (20),    P.O. Box 4233,    Portland, OR 97208-4233
cr           +Wells Fargo Bank, N.A.,    c/o McCalla, Raymer, et al.,    Bankruptcy Department,
               1544 Old Alabama Road00,    Roswell, GA 30076-2102
cr           +Wells Fargo Bank, N.A.,    18700 NW Walker Road, #92,    Beaverton, OR 97006-2950
cr            Wells Fargo Credit Card, (20),    P.O. Box 4233,    Portland, OR  97208-4233
cr           +William L. Hutchinson, (20),    3100 Monticello, Suite 300,    Dallas, TX 75205-3433
5403441      +AIG Advantage Insurance Company,    70 Pine Street,    New York, NY 10270-0094
5403442      +AIG Private Client Group,    70 Pine Street,    New York, NY 10270-0094
5403443      +AT & T Mobility,    PO Box 650553,    Dallas, TX 75265-0553
5403440      +Acord Insurance,    Two Blue Hill Plaza,    PO Box 1529,    Pearl River, NY 10965-3113
5403444       Atmos Energy,    P.O. Box 650205,    Dallas, TX 75265-0205
5403445      +Aurora Loan Services,    10350 Park Meadows Dr,    Littleton, CO 80124-6800
5403446       BOA Business Card,    P.O. Box 21848,    Greensboro, NC 27420-1848
5403447       BOA Platinum Plus for Business,    Bank of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
5403448       BOA Premium Credit Line,    Bank of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
5461615      +Bank of America, N.A.,    P. O. Box 26012,    NC4-105-03-14,    Greensboro, NC 27420-6012
5430662      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
5403458       CITI Advantage World MasterCard,    General Correspondence,    P.O. Box 6500,
               Sioux Falls, SD 57117-6500
5403450      +Capital One,    P.O. Box 61540,    New Orleans, LA 70161-1540
5403449       Capital One,    Loan Services,    P.O. Box 4539,    Houston, TX 77210-4539
5403451       Capital One, N.A.,    P.O. Box 4539,    Houston, TX 77210-4539
5430073      +Capital One, National Association,    PO BOX 829009,    Dallas, TX 75382-9009
5403452      +Centra Mortgage Holdings,    c/o Scott Larson,    P.O. Box 191508,    Dallas, TX 75219-8501
5515986      +Centra Mortgage Holdings, Ltd.,    c/o Gerrit Pronske,    2200 Ross Ave., Ste. 5350,
               Dallas, Texas 75201-7903
5403453      +Charlyn Copon and Donald Wilcox,    5048 S. Rainbow Blvd.,    #202,    Las Vegas, NV 89118-0691
5403455       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
5403454       Chase,    JPMorgan Chase Bank, N.A.,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
5403456       Chase Credit Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
5403457       Chase HELOC,    P.O. Box 94014,    Palatine, IL 60094-4014
5409897       Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
5403459       CitiBank Card,    General Correspondence,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
5403460      +Countrywide Home Loans,    MSN SV-26B,    P.O. Box 10229,    Van Nuys, CA 91410-0229
5431004      +Dallas County,    c/o Laurie A. Spindler,    Linebarger Goggan Blair & Sampson, LLP,
               2323 Bryan Street, Suite 1600,    Dallas, TX 75201-2644
5403461      +David Childs Tax Assessor - Collector,    500 Elm Street,    Records Building,
               Dallas, TX 75202-3304
5403462       Direct TV Customer Service,    P.O. Box 6550,    Greenwood Village, CO 80155-6550
5403463       Discover Card,    P.O. Box 6103,    Salt Lake City, UT 84130-0943
5403465      +Financial Affilliates Insurance Service,    1800 Preston Park Blvd.,    Ste. 103,
               Plano, TX 75093-5198
5403524      +First Horizon Home,    4000 Horizon Way,    Irving, TX 75063-2260
5403466      +First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
5472059      +First Horizon Home Loans,    c/o Met Life Home Loans,    A Division of Metlife Bank NA,
               4000 Horizon Way,    Irving, TX 75063-2260
5501160      +First Horizon Home Loans,    c/o MetLife Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
5403467       First Texoma National Bank,    c/o William Riley Nix,    717 N. Crockett,    Sherman, TX 75090-4979
5617946       Fort Bend County,    c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
               Houston, Tx. 77253-3064
5403468      +Garry Phillips,    5909 Luther Lane,    #2105,    Dallas, TX 75225-5914
5403469      +Hometown Computing,    P.O. Box 713,    Hamilton, TX 76531-0713
5474322      +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
5403470      +Jean Pierre Albertnetti,    5909 Luther Lane,    Suite 906,    Dallas, TX 75225-5911
5403471       Jennifer Murphy,    1941 Pierpont Dr.,    #2023,    Gilbert, AZ 85206
5617947       Katy ISD,    c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
               Houston, Tx. 77253-3064
```

```
District/off: 0540-4           User: carterl              Page 2 of 3                   Date Rcvd: May 19, 2010
Case: 09-41390                 Form ID: pdf400            Total Noticed: 105

5460205       +Kingston Mortgage Company, LTD,    c/o BAC Home Loans Servicing, LP,    7105 Corporate Drive,
                PTX-B-35,    Plano, TX 75024-4100
5403472       +Marina Reyes,    5016 S. Rainbow Blvd,    #201,    Las Vegas, NV 89118-0697
5403473        Merrill Lynch, MBNA,    FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
5403527        Merryl Lynch, MBNA,    FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
5470164       +Met Life Home Loan, A Division of Metlife Bank NA,    4000 Horizon Way,    Mail code 6205,
                Irving, Tx 75063-2260
5403474       +Metro Communication Systems, Inc.,    P.O. Box 1267,    Grapevine, TX 76099-1267
5403475       +Plano Municipal Center Office,    1520 K Ave,    Suite 120,    Plano, TX 75074-6297
5403476        Possum Kingdon Water Supply,    1170 Willow Rd.,    Graford, TX 76449-3193
5403477        Reliant Energy,    P.O. Box 3765,    Houston, TX 77253-3765
5403478       +Richard Kelly,    5909 Luther Lane,    Suite 2107,    Dallas, TX 75225-5914
5403479       +Rosemary Campbell,    5909 Luther Lane,    Unit 2203,    Dallas, TX 75225-5914
5403480       +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
5448762       +Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
5403481       +Shelton Condominium Association,    5909 Luther Lane,    Dallas, TX 75225-5915
5403482        Southwest Securities,    P.O. Box 1959,    Arlington, TX 76004-1959
5515537       +Southwest Securities, FSB,    c/o Robert P. Shepard,    Parks Huffman McVay Shepard & Wells, P.C,
                503 East Border Street,    Arlington, Texas 76010-7402
5403483       +State Farm Insurance,    c/o Julia Arambula,    5350 N. 16th St.,    Suite 107,
                Phoenix, AZ 85016-3213
5403484        State Farm Insurance,    2700 South Sunland Dr,    Tempe, AZ 85282-3387
5403485       +Taylor, Bean & Whitaker,    1417 North Magnolia Ave,    Ocala, FL 34475-9078
5430870       +USAA FEDERAL SAVINGS BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
5403487        USAA Visa,    P.O. Box 65020,    San Antonio, TX 78265-5020
5403486        United Cooperative Services,    P.O. Box 961079,    Fort Worth, TX 76161-0079
5403489       +Verizon Wireless,    P.O. Box 11328,    Saint Petersburg, FL 33733-1328
5403491        Wells Fargo,    Home Equity Collections Department,    P.O. Box 4233,    Portland, OR 97208-4233
5491732       +Wells Fargo Bank,    MAC X2303-01A,    1 Home Campus,    Des Moines, IA 50328-0001
5403492        Wells Fargo Bank,    P.O. Box 4233,    Portland, OR 97208-4233
5407331        Wells Fargo Bank NA,    PO Box 10438,    Des Moines, IA 50306-0438
5449220       +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd X7801-014,
                Ft. Mill, SC 29715-7203
5445205       +Wells Fargo Bank, N.A.,    P. O. Box 14469 MAC X2303-01A,    Des Moines, IA 50306-3469
5416410       +Wells Fargo Bank, N.A.,    BDD-Bankruptcy Dept,    MAC S4101-08C,    100 W Washington,
                Phoenix, AZ 85003-1805
5492178       +Wells Fargo Bank, NA,    PO Box 14469,    MAC X2303-01A,    Des Moines, IA 50306-3469
5403493        Wells Fargo Credit Card,    P.O. Box 4233,    Portland, OR 97208-4233
5403494       +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
The following entities were noticed by electronic transmission on May 19, 2010.
5414575        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2010 00:24:35
                 AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
5478216       +E-mail/Text: bankruptcy@alservices.com                            Aurora Loan Services,
                 2617 College Park Drive,    Scottsbluff, NE 69361-2294
5408182        E-mail/PDF: mrdiscen@discoverfinancial.com May 20 2010 01:55:40      DISCOVER BANK,
                 DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
5403464       +E-mail/Text: bankruptcy@centurylink.com                            Embarq,    P.O. Box 660068,
                 Dallas, TX 75266-0068
5687560        E-mail/PDF: BNCEmails@blinellc.com May 20 2010 02:09:31     Roundup Funding, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
5403488       +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 20 2010 01:55:08      Verizon Wireless,
                 Customer Service Department,    P.O. Box 105378,    Atlanta, GA 30348-5378
5403490        E-mail/Text: milton.jones@viewpointbank.com                            Viewpoint Bank,
                 P.O. Box 869105,    Plano, TX 75086-9105
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Aurora Loan Services, LLC
cr             Chase Home Finance LLC
cr             First Horizon Home Loans
cr             Ocwen Loan Servicing, LLC
cr             Taylor, Bean & Whitaker Mortgage Corp.
cr*           +Aurora Loan Services,    10350 Park Meadows Dr.,    Littleton, CO 80124-6800
cr*           +Capital One, National Association,    P O Box 829009,    Dallas, TX 75382-9009
cr*            Merryl Lynch, MBNA,    FIA Card Services,    P.O. Box 15726,    Wilmington, DE   19886-5726
cr*            Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA   98111-9221
cr*            Southwest Securities, Inc.,    P.O. Box 1959,    Arlington, TX   76004-1959
cr*            Wells Fargo Credit Card [20],    P.O. Box 4233,    Portland, OR   97208-4233
5403518*      +Aurora Loan Services,    10350 Park Meadows Dr,    Littleton, CO 80124-6800
5403519*       BOA Business Card,    P.O. Box 21848,    Greensboro, NC 27420-1848
5403520*       BOA Premium Credit Line,    Bank of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
5403522*       CITI Advantage World,    MasterCard,    General Correspondence,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
5403521*       Capital One, N.A.,    P.O. Box 4539,    Houston, TX 77210-4539
5403526*      +First Horizon Home,    4000 Horizon Way,    Irving, TX 75063-2260
5403523*      +First Horizon Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
5403528*      +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
5403529*       Southwest Securities,    P.O. Box 1959,    Arlington, TX 76004-1959
5403530*      +Taylor, Bean & Whitaker,    1417 North Magnolia Ave,    Ocala, FL 34475-9078
5403532*       Wells Fargo Bank,    P.O. Box 4233,    Portland, OR 97208-4233
5403533*       Wells Fargo Credit Card,    P.O. Box 4233,    Portland, OR 97208-4233
```

```
District/off: 0540-4           User: carterl              Page 3 of 3                 Date Rcvd: May 19, 2010
Case: 09-41390                 Form ID: pdf400            Total Noticed: 105

              ***** BYPASSED RECIPIENTS (continued) *****
5403535*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
5403536*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
5403537*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
5403538*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
5403539*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
5403540*          +William L. Hutchinson,    3100 Monticello,    Suite 300,    Dallas, TX 75205-3433
                                                                                       TOTALS: 5, * 24
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**            **Signature:**  *Joseph Speetjens*