## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas (Sherman)

| | |
|---|---|
| IN RE: | Case No.:    4:09-bk-41390 |
| Debtors: Phillip Douglas Young | Loan Number (Last 4):    2413 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| JPMorgan Chase Bank, N.A. | Chase Home Finance LLC |
| Name of Transferee | Name of Transferor |
| Chase Records Center - Attn: Correspondence Mail | Court Claim # (if known): 3 |
| Mail Code LA4-5555 - 700 Kansas Lane | Amount of Claim:    $135,850.21 |
| Monroe, LA 71203 | Date Claim Filed:    05/13/2009 |
| Phone:    888-332-3412 | Last Four Digits of Acct #:    2413 |
| Last Four Digits of Acct #:    2413 | |

Name and Address where transferee payments should be sent (if different from above):

JPMorgan Chase Bank, N.A.
3415 Vision Drive - Att. Dept. OH4-7126
Columbus, OH 43219

Phone:    888-332-3412

Last Four Digits of Acct #:    2413

Transfer Effective: May 01, 2011

| | |
|---|---|
| By:    /s/ Melba Arredondo | Date:    May 29, 2011 |
|           Assistant VP | |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-3778070f-b7f9-4a6c-bf96-7c91bcc130bd