**210B (12/09**)

# United States Bankruptcy Court

Eastern District of Texas
Case No. 09-41390
Chapter 11

In re: Debtor(s) (including Name and Address)

Phillip Douglas Young
2728 Barrington Dr.
Plano TX 75093

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/29/2011.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Chase Home Finance LLC, 3415 Vision Drive, Columbus, OH 43219-6009 | JPMorgan Chase Bank, N.A.<br>Chase Records Center<br>Mail Code LA4-5555 - 700 Kansas Lane<br>Monroe, LA 71203 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/02/11

Jeanne Henderson
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Texas

In re:  
Phillip Douglas Young  
    Debtor

Case No. 09-41390-btr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0540-4      User: carterl      Page 1 of 1      Date Rcvd: May 31, 2011  
                 Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2011.  
5409897      Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2011**      **Signature:** *Joseph Speetjens*