REQUESTOR'S NAME: Wells Fargo Bank, N.A.

ADDRESS: Business Direct Division
P.O. Box 29482
Phoenix, AZ 85038-8650

TELEPHONE NO.: 888-715-4315

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

| In re:<br>Phillip Douglas Young | Case No.: 09-41390 |
|---|---|
| | Chapter: 11 |
| | WELLS FARGO BANK, NATIONAL ASSOCIATION'S CHANGE OF ADDRESS |

Court's Claim Number: 7

Proof of Claim Amount: $32,980.07

NEW ADDRESS: Payment Remittance Center
PO Box 6426
Carol Stream, IL 60197-6426

Dated: 10/22/2015

/s/ Ryan Kelley
Signature

VP, Loan Administration Manager
Title