
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE § | |
| § | Case No. 09-41390 |
| PHILLIP D. YOUNG, § | Chapter 11 |
| § | |
| Debtor. § | |

## FINAL DECREE FOR CHAPTER 11 DEBTOR PHILLIP D. YOUNG

CAME ON FOR CONSIDERATION the Debtor Phillip D. Young's (the "Reorganized Debtor") *Application for Entry of Final Decree* [Dkt. 168] (the "Application"). After due consideration; and it appearing that sufficient notice of the Application has been provided as set forth in the Application, and that no other further notice need be provided; and it further appearing that the relief granted herein is in the best interests of the Reorganized Debtor and his estate and creditors; and after due deliberation and sufficient cause appearing therefore, this Court finds that the Reorganized Debtor's Application should be **GRANTED**; it is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Reorganized Debtor's Application and all relief requested therein is hereby **GRANTED**; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Reorganized Debtor shall timely pay all quarterly fees due to the United States Trustee after entry of this Final Decree; it is further

**ORDERED, ADJUDGED, AND DECREED** that the Chapter 11 case of the above-named Reorganized Debtor be, and hereby is, closed; it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction as provided in the Reorganized Debtor's confirmed plan of reorganization and the Court's order thereon.

Signed on 6/29/2016

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE